# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 7, 2024

## NO. 03-23-00274-CV

**Tabitha Marie Anastasi, Appellant**

**v.**

**Dwayne Allen McHorse, II, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS**
**AFFIRMED -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the order signed by the trial court on June 12, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. No adjudication of costs is made.